IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDWIN JACOB KACZMAREK                                                                                   PLAINTIFF

v.                                         Case No. 4:21-cv-4054

OFFICER ZANE BUTLER                                                                                       DEFENDANT

**ORDER**

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 50.  Judge Bryant recommends that Defendant's Motion for Summary Judgment (ECF No. 36) be granted because Defendant is entitled to qualified immunity, and that Plaintiff's claims be dismissed with prejudice.  Plaintiff submitted an objection (ECF No. 51), but the Court does not consider his objection sufficiently specific to require a de novo review of Judge Bryant's recommendation.[1]  *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed de novo); 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error from the face of the record and that Judge Bryant's conclusion is sound, the Court adopts the instant Report and Recommendation (ECF No. 50) *in toto*.  Defendant's Motion for Summary Judgment (ECF No. 36) is hereby **GRANTED**.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of March, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Defendant uses the objection to reiterate his version of the facts regarding Defendant's searches of his person that underlie his claims.  While noting that dashcam footage of the contested search contradicts Plaintiff's assertions, Judge Bryant assumed certain aspects of Plaintiff's asserted facts in order to analyze Defendant's qualified immunity defense.  ECF No. 50, p. 15-16.  Plaintiff's objection does not address any aspect of Judge Bryant's analysis or conclusion regarding Defendant being entitled to qualified immunity.